United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16744-amc
Shirlick Corp of PA                                                       Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: ChrissyW          Page 1 of 1           Date Rcvd: Mar 28, 2018
                               Form ID: pdf900         Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
db            +Shirlick Corp of PA,   2323-25 Mifflin Street,   Philadelphia, PA 19145-1802
14001643      +KML Law Group,PC,   701 Market Street,   Suite 5000,   Philadelphia PA 19106-1541
14001644      +Small Wonderland LLC,   2323-25 Miflin Street,   Philadelphia PA 19145-1802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Mar 29 2018 01:50:44      City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: cio.bncmail@irs.gov Mar 29 2018 01:49:45      Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA 19101-7346
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 29 2018 01:50:31     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/Text: bankruptcy@phila.gov Mar 29 2018 01:50:43      City of Philadelphia,
                Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,   Philadelphia, PA 19102
cr            +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2018 01:50:06
                Commonwealth Of PA., Dept. Of Revenue,   Bureau Of Compliance,   Dept. 280946,
                Harrisburg, PA 17128-0001
14001641      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 29 2018 01:50:32
                Bayview Loan Servicing LLC,   4425 Ponce DeLeon -9th Floor,   Miamni FL 33146-1837
14025204      +E-mail/Text: bankruptcy@phila.gov Mar 29 2018 01:50:44
                CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   BANKRUPTCY GROUP, MSB,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
14001642      +E-mail/Text: bankruptcy@phila.gov Mar 29 2018 01:50:43      City of Philadelphia Tax Dept.,
                1401 JFK Blvd,   5th Floor,   Philadelphia PA 19102-1617
14030942       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2018 01:50:06
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, Pa. 17128-0946
13996640      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 29 2018 01:50:20      United States Trustee,
                833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
                                                                           TOTAL: 10


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
              CAROL E. MOMJIAN   on behalf of Creditor   Commonwealth Of PA., Dept. Of Revenue
               cmomjian@attorneygeneral.gov
              KEVIN G. MCDONALD   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC KMcDonald@blankrome.com
              KEVIN P. CALLAHAN   on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
              PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              ROBERT CAPTAIN LEITE-YOUNG   on behalf of Debtor   Shirlick Corp of PA rleite@rlmfirm.com,
               legalhelp101@rlmfirm.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                           TOTAL: 6

**LOCAL BANKRUPTCY FORM 9014-3**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :          Chapter 11
                                                :
SHIRLICK CORP OF PA                             :
                                                :
                                                :
                                                :
                 Debtor                         :          Bankruptcy No.: 17-16744 (AMC)

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The Acting United States Trustee has filed a **Motion to Convert or Dismiss Case** with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **twenty-one days from date of service**, you or your attorney must do all of the following:

      (a)     file an answer explaining your position at:

      U.S. Bankruptcy Court, Eastern District of Pennsylvania
      900 Market Street, Suite 400
      Philadelphia, PA  19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)     mail a copy to the movant's attorney:

      Kevin P. Callahan, Trial Attorney
      Office of the U.S. Trustee
      833 Chestnut Street, Suite 500
      Philadelphia, PA  19107
      (215) 597-4411 fax (215) 597-5795

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **May 2, 2018, at 11:00 a.m., in Courtroom #5,** United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4299.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: March 26, 2018