IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                           :
                                                :    In Chapter 11
      SHIRLICK CORP OF PA                       :
                                                :    Bankruptcy No. 17-16744 (AMC)
                           Debtor.              :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Notice of Motion (Document #34) which was filed on March 30, 2018.

          Respectfully submitted,

          THE CITY OF PHILADELPHIA

Dated: April 2, 2018    By:    */s/ Pamela Elchert Thurmond*
                                    PAMELA ELCHERT THURMOND
                                    Deputy City Solicitor
                                    PA Attorney I.D. 202054
                                    Attorney for the City of Philadelphia
                                    City of Philadelphia Law Department
                                    Municipal Services Building
                                    1401 JFK Boulevard, 5th Floor
                                    Philadelphia, PA  19102-1595
                                    215-686-0508 (phone)
                                    Email: Pamela.Thurmond@phila.gov